FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDDIE L. RICH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FELKER,<br><br>　　　　Respondent. | No. CV 07-03110-R (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

　　Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition"), Respondent's Answer, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

　　**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the First Amended Petition with prejudice.

DATED: 2-19-08

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE