CLERK, U.S. DISTRICT COURT

FEB 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. RICH, | ) | No. CV 07-03110-R (VBK) |
|                Petitioner, | ) | JUDGMENT |
| | ) | |
|    v. | ) | |
| | ) | |
| FELKER, | ) | |
| | ) | |
|             Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed with prejudice.

DATED: _____2-19-08_____

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE